In the Matter of the Claim of ELSIE MILLER, Respondent, against CITY OF NEW YORK, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOANNE DITGES, Respondent, against JANUAG, INC., and NEW AMSTERDAM CASUALTY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN P. DAUS, Respondent, against GUNDERMAN & SONS, INC., and THE CENTURY INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of ANTHONY LOUIS TURITTO, Respondent, against ST. MARY'S HOSPITAL and THE MASSACHUSETTS BONDING & INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of LORRAINE DUNN, Respondent, against HAMBLETON TERMINAL CORPORATION and GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Appellants. STATE INDUSTRIAL BOARD, Respondent. In the Matter of the Claim of ROSE SMITH and JOSEPH SMITH, Deceased, Respondents, against HAMBLETON TERMINAL CORPORATION and GENERAL ACCIDENT, FIRE & LIFE ASSURANCE CORPORATION, LTD., OF PERTH, SCOTLAND, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of DOROTHEA H. ESTABROOK, Respondent, against ALLIED PAPER MILLS, INC., and LIBERTY MUTUAL INSURANCE COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of JOHN NAGENGAST, Respondent, against EDWARD G. SPATZ and GLENS FALLS INDEMNITY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

ALBERT L. SOMMERS, Appellant, v. BERGEN MILK TRANSPORTATION COMPANY and ALBERT PANDORF, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

JOSEPHINE WAYMAN, Respondent, v. RHEA FULDER, Appellant.— Plaintiff was a lessee of defendant. She occupied the upper floor of a two-family house. There was a common stairway used by tenants leading to the cellar over which the landlord had reserved control. Plaintiff, in going from her apartment to the cellar, fell from the second step from the top of the stairway and she was precipitated to the cellar floor. She charged the defendant with negligence in failing to provide proper light over the stairway, with faulty construction of the stairway and with